IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lackey, Delisa M

Printed: 4/22/08

Case Number: 04 B 43411
Judge: Goldgar, A. Benjamin
Filed: 11/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 4, 2008
Confirmed: January 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,028.12 |  |
| Secured: |  | 9,684.89 |
| Unsecured: |  | 2,993.48 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 821.63 |
| Other Funds: |  | 828.12 |
| Totals: | 17,028.12 | 17,028.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Affiliated Financial Corporation | Secured | 9,684.89 | 9,684.89 |
| 3. | Affiliated Financial Corporation | Unsecured | 401.83 | 1,185.68 |
| 4. | Asset Acceptance | Unsecured | 43.78 | 129.18 |
| 5. | Illinois Dept Of Public Aid | Unsecured | 473.87 | 1,398.28 |
| 6. | Quick Payday | Unsecured | 95.00 | 280.34 |
| 7. | Access Cash | Unsecured |  | No Claim Filed |
| 8. | Guaranty Bank | Unsecured |  | No Claim Filed |
| 9. | Black Expressions | Unsecured |  | No Claim Filed |
| 10. | Check N Go | Unsecured |  | No Claim Filed |
| 11. | Cash Net | Unsecured |  | No Claim Filed |
| 12. | Metra | Unsecured |  | No Claim Filed |
| 13. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 14. | International Cash Services | Unsecured |  | No Claim Filed |
| 15. | Preferred Cash Loans | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,399.37 | $ 15,378.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 94.48 |
| 4% | 49.83 |
| 3% | 43.61 |
| 5.5% | 217.01 |
| 5% | 72.68 |
| 4.8% | 119.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lackey, Delisa M

Printed: 4/22/08

Case Number: 04 B 43411
Judge: Goldgar, A. Benjamin
Filed: 11/23/04

```
         5.4%              224.40
                          _____
                         $ 821.63
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

